
FILED
SEP 11 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-71-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| SHEILA AYALA, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 102), and for good cause appearing therefore,

IT IS HEREBY ORDERED that the indictment against Defendant, Sheila Ayala is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the trial scheduled for September 18, 2017, is VACATED.

DATED this 11th day of September, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1